**2010–2067. State ex rel. Waiters v. Szabo.**
Cuyahoga App. No. 94599, 2010-Ohio-5249. On emergency motion to stay arbitration process. Motion denied.

**2010–2145. [State ex rel.] Johnson v. Ward.**
In Prohibition. Motion to vacate order of dismissal denied. Request for hearing and to strike denied as moot.

**2011–0132. State ex rel. Vindicator Printing Co. v. Wolff.**
In Mandamus and Prohibition. Motion for leave to intervene granted. Motions for admission pro hac vice of Martin G. Weinberg and J. Alan Johnson granted. Sua sponte, an alternative writ is granted and the following schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry, relators shall file a brief within ten days of the filing of the evidence, respondent and intervening respondents shall file a brief within 20 days after the filing of relators' brief, and relators may file a reply brief within seven days after filing of respondent's and intervening respondents' brief.

**2011–0195. State v. Johnson.**
Cuyahoga App. No. 92364, 2009-Ohio-5821. On motion for leave to file delayed appeal. Motion denied.

**2011–0205. State v. Berecz.**
Washington App. No. 08CA48, 2010-Ohio-285. On motion for leave to file delayed appeal. Motion denied.

**2011–0217. State v. Thrower.**
Cuyahoga App. No. 95669. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, Lanzinger, and Cupp, JJ., dissent.

**2011–0218. U.S. Bank, N.A. v. Duvall.**
Cuyahoga App. No. 94174, 2010-Ohio-6478. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed January 31, 2011:

"To have standing as a plaintiff in a mortgage foreclosure action, must a party show that it owned the note and the mortgage when the complaint was filed?"
Pfeifer, J., dissents.

The conflict cases are *U.S. Bank, N.A. v. Bayless,* Delaware App. No. 09 CAE 01 004, 2009-Ohio-6115, *U.S. Bank, N.A. v. Marcino,* 181 Ohio App.3d 328, 2009-Ohio-1178, *Bank of New York v. Stuart,* Lorain App. No. 06CA008953, 2007-Ohio-1483, and *Countrywide Home Loan Servicing, L.P. v. Thomas,* Franklin App. No. 09AP–819, 2010-Ohio-3018.

**2011–0230. State v. Carrick.**
Wayne App. No. 09CA0077, 2010-Ohio-6451. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed February 8, 2011:

"Whether the 'making unreasonable noise' provision of [R.C.] 2917.11(A)(2) is unconstitutionally void for vagueness."
Pfeifer and Cupp, JJ., dissent.

The conflict case is *State v. Compher* (Dec. 9, 1985), Ross App. Nos. 1174 and 1175.

**2011–0249. State v. Hendricks.**
Cuyahoga App. No. 92213, 2009-Ohio-5556. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, J., dissents.

**2011–0271. State v. McCoy.**
Hamilton App. No. C–090599, 2010-Ohio-5810. On motion for leave to file delayed appeal. Motion granted.
Lundberg Stratton, O'Donnell, and McGee Brown, JJ., dissent.